# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Ricardo DeDios-Ramos

Defendant(s)

08 CR1630-BEN

CRIMINAL NO. _08mj1493_

ORDER

RELEASING MATERIAL WITNESS

Booking No. 08496298

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

J. M. S-M ( juvenile male) #
(Jose Manuel Suarez-Medina)

DATED: _5-29-08_

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

**L.** HERNANDEZ

2008 MAY A II: 37