UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> RICARDO DE DIOS-RAMOS ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR1630-BEN <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

CATHY ANN BENCIVENGO

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court).

SANTIAGO VALENTIN DUARTE-SOSA

DATED: JUN 0 5 2008

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by Elizabeth Floyd

Deputy Clerk
**B. LLOYD**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082