James Matthew Brown, APLC (CSB# 98922)
2044 First Avenue, Suite 200
San Diego, CA. 92101
(619) 238-0815

Attorney for Defendant, Ricardo De Dios-Ramos

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08-CR-1630-BEN |
| Plaintiff, | ) NOTICE OF MOTION AND ) MOTION FOR ) 1) DISCOVERY/PRESERVE EVIDENCE |
| vs. | ) 2) LEAVE TO FILE MOTIONS |
| RICARDO DE DIOS- RAMOS, | ) |
| Defendant. | ) Date:  7/14/08 ) Time:  2:00 p.m. ) Judge:  Hon. Roger T. Benitez |

TO: THE UNITED STATES ATTORNEY and LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on July 14, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Roger T. Benitez, United States District Court for the Southern District of California, the Defendant, Ricardo De Dios-Ramos, by and through his counsel, James Matthew Brown, will ask this Court to enter an Order granting the following motions: 1) to compel and preserve discovery; and 2) Leave to file additional motions.

**MOTION**

The defendant Ricardo De Dios-Ramos, by and through his counsel, James Matthew Brown, pursuant to United States Constitution, Fed. R. Crim. Proc., Rules 8 and 14, and applicable case law and local rules, moves this Court for an Order: 1) to compel and preserve discovery; and 2) Leave to file additional motions.

These motions are based upon the instant Motions and Notice of Motions, the attached Statements of Facts and Memorandum of Points and Authorities, the files and records in the above-captioned matter, and any and all other materials which may be brought to this Court's attention prior to or during the hearing on these motions.

Respectfully Submitted this __7__ day of July 2008.

                    S/James Matthew Brown
                    James Matthew Brown, APLC
                    Attorney of Defendant,
                    Ricardo De Dios-Ramos

James Matthew Brown, APLC (CSB# 98922)
2044 First Avenue, Suite 200
San Diego, CA. 92101
(619) 238-0815

Attorney for Defendant, Ricardo De Dios-Ramos

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO DE DIOS-RAMOS,<br><br>Defendants. | Case No. 03-CR-1630-BEN<br><br>POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS FOR<br>1) DISCOVERY/PRESERVE EVIDENCE<br>2) LEAVE TO FILE ADDITIONAL MOTIONS<br><br>Date: 7/14/08<br>Time: 2:00 p.m.<br>Judge: Hon. Roger T. Benitez |

### INTRODUCTION

The Government has indicted Ricardo De Dios-Ramos, alleging the defendant violated Title 18, United States Code, Section 1324 (a) (1) (A) (I).

At this time, the Government has provided discovery to this defense counsel however, the facts warrant the filing of this discovery motion.

### I.

### MOTION TO COMPEL DISCOVERY

Mr. De Dios makes the following discovery motion pursuant to Rule 12(b)(4) and Rule 16. This request is not limited to those items that the prosecutor has actual knowledge of, but

1.

rather includes all discovery listed below that is "in the possession, custody, or control of any federal agency participating in the same investigation of the defendant." United States v. Bryan, 868 F.2d 1032, 1036 (9th Cir.), cert. denied, 493 U.S. 858 (1989).

(1) Mr. De Dios' Statements. The government must disclose (a) copies of any written or recorded statements made by Mr. De Dios; (b) copies of any written record containing the substance of any statements made by Mr. De Dios; and (c) the substance of any statements made by Mr. De Dios which the government intends to use, for any purpose, at trial. See Fed. R. Crim. P. 16(a)(1)(A).

(2) Co-Defendant's Statements. The government must disclose (a) copies of any written or recorded statements made by Co-defendants; (b) copies of any written record containing the substance of any statements made by Co-defendants; and (c) the substance of any statements made by Co-defendants which the government intends to use, for any purpose, at trial. See Fed. R. Crim. P. 16(a)(1)(A).

(3) Mr. De Dios 's Prior Record. Mr. De Dios requests disclosure of his prior record. See Fed. R. Crim. P. 16(a)(1)(B).

(4) Any Proposed 404(b) and (609) Evidence. The government must produce evidence of prior similar acts under Fed. R. Crim. Proc., 16(a)(1)(C) and Fed. R. Evid. 404(b) and 609. In addition, "upon request of the accused, the prosecution … shall provide reasonable notice in advance of trial… of the general nature" of any evidence the government proposes to introduce under Fed. R. Evid. 404(b) at trial. This applies not only to evidence which the government may use as rebuttal. United States v. Vega, 1888 F. 3d 1150 (9th Cir. 1999). The defendant is entitled to "reasonable notice" so as to "reduce surprise." Preclude "trial by ambush" and prevent the "possibility of prejudice," Id., and he requests such notice at least two weeks before trial in order to give the defense time to adequately investigate and prepare for trial.

(5) Evidence Seized. The defendant requests production of evidence seized as a result of any search. Fed. R. Crim. Proc. 16(a)(1)(C).

(6) <u>Documents and Tangible Objects</u>. Mr. De Dios requests the opportunity to inspect, copy, and photograph all documents and tangible objects which are material to the defense or intended for use in the government's case-in-chief or were obtained from or belong to her. <u>See</u> Fed. R. Crim. P. 16(a)(1)(C). Specifically, Mr. De Dios requests that the government provide him with a copy of his statements made to any and all government agents, state or federal, which occurred prior to his arrest. This includes all reports prepared by any peace officer.

(7) <u>Reports of Scientific Tests or Examinations</u>. Mr. De Dios requests the reports of all tests and examinations which are material to the preparation of the defense or are intended for use by the government at trial. <u>See</u> Fed. R. Crim. P. 16(a)(1)(D). Mr. De Dios notes that no fingerprint analyses have been produced. If such analyses exist, Mr. De Dios requests a copy.

(8) <u>Expert Witnesses</u>. Mr. De Dios requests the name and qualifications of any person that the government intends to call as an expert witness. See Fed. R. Crim. P. 16(a)(1)(E). In addition, Mr. De Dios requests written summaries describing the bases and reasons for the expert's opinions. <u>See id.</u> This request specifically applies to any fingerprint and handwriting experts that the government intends to call.

(9) <u>Brady Material</u>. Mr. De Dios requests all documents, statements, agents' reports, and tangible evidence favorable to the defendant on the issue of guilt or punishment. See <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), <u>Williams v. Taylor</u>, 120 S.Ct. 1479 (2000), <u>Strickler v. Greene</u>, 527 U.S. 263 (1999). Mr. De Dios maintains that her police file constitutes <u>Brady</u> material and therefore it must be produced.

In addition, impeachment evidence falls within the definition of evidence favorable to the accused, and therefore Mr. De Dios requests disclosure of any impeachment evidence concerning any of the government's potential witnesses, including prior convictions and other evidence of criminal conduct. <u>See</u> <u>United States v. Bagley</u>, 473 U.S. 667 (1985); <u>United States v. Agurs</u>, 427 U.S. 97 (1976); <u>Kyles v. Whitley</u>, 514 U.S. 419 (1995). In addition, Mr. De Dios requests any evidence tending to show that a prospective government witness: (i) is biased or prejudiced against the defendant; (ii) has a motive to falsify or distort his or her testimony; (iii) is

unable to perceive, remember, communicate, or tell the truth; or (iv) has used narcotics or other controlled substances, or has been an alcoholic.

(10) <u>Request for Preservation of Evidence</u>. Mr. De Dios specifically requests the preservation of all physical or documentary evidence that may be destroyed, lost, or otherwise put out of the possession, custody, or care of the government and which relate to the arrest or the events leading to the arrest in this case.

(11) <u>Witness Addresses</u>. Mr. De Dios requests the name and last known address of each prospective government witness. He also requests the name and last known address of every witness to the crime or crimes charged (or any of the overt acts committed in furtherance thereof) who will <u>not</u> be called as a government witness.

(12) <u>Jencks Act Material</u>. Mr. De Dios requests production in advance of trial of all material discoverable pursuant to the Jencks Act, 18 U.S.C. § 3500. Advance production will avoid needless delays at pretrial hearings and at trial. This request includes any "rough" notes taken by the agents in this case; these notes must be produced pursuant to 18 U.S.C. § 3500(e)(1). This request also includes production of transcripts of the testimony of any witness before the grand jury. See 18 U.S.C. § 3500(e)(3).

(13) <u>Residual Request</u>. Mr. De Dios requests copies and access to his "A" file and intends by this discovery motion to invoke his rights to discovery to the fullest extent possible under the Federal Rules of Criminal Procedure and the Constitution and laws of the United States. Mr. De Dios requests that the government provide her and her attorney with the above-requested material sufficiently in advance of trial.

## IV.

## MOTION TO FILE ADDITIONAL MOTIONS

Because additional requests are made herein which have not been addressed by the government, once additional discovery is provided there may be the need to file further motions.

1  Mr. De Dios reserves the right to file any applicable further motions depending on what is released
2  by the government an counsel has had the opportunity to review same.

### V.

### **CONCLUSION**

For the foregoing reasons, Ricardo De Dios-Ramos respectfully requests that the Court grant the motions made by the Defendant.

Respectfully Submitted this __7__ day of July 2008.

S/James Matthew Brown<br>
James Matthew Brown<br>
Attorney for Defendant,<br>
Ricardo De Dios-Ramos

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | Re:   USA v. RICARD DE DIOS-RAMOS                               |
|     | Criminal Case No.:   08CR1630-BEN                               |

### PROOF OF SERVICE BY E-FILE

### STATE OF CALIFORNIA COUNTY OF SAN DIEGO

I am employed in San Diego, California; I am over the age of eighteen years and am not a party to this action; my business address is 2044 First Avenue, Suite 200, San Diego, CA 92101.

On **July 7, 2008**, I served the following document(s) described as:

**NOTICE OF MOTION AND MOTION FOR
1) DISCOVERY/PRESERVE EVIDENCE, 2) LEAVE TO FILE MOTIONS**

action by e-file service:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Matthew Brown**
  jim@brownlawaplc.com

- **Luella Mendoza Caldito**
  Luella.Caldito@usdoj.gov,Diana.Ortiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

- **Ned Lynch**
  nedlynch@aol.com

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ James Matthew Brown
James Matthew Brown