```
JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
Attorney at Law
2044 First Avenue, Suite 200
San Diego, California 92101
(619) 238-0815


Attorney For Defendant Ricardo De Dios-Ramos
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) Crim. Case No. 08CR1630-BEN |
|---|---|
| Plaintiff, | ) STIPULATION TO FILE DISCOVERY |
| v. | ) MOTIONS AND FOR CONTINUANCE |
|  | ) OF MOTION HEARING |
| RICARDO DE DIOS-Ramos | ) |
| Defendant. | ) |

COMES NOW, United States of America, by and through its attorney of record, Assistant U.S. Attorney, Leulla Caldito Mendoza, and Ricardo De Dios-Ramos, by and through his attorney of record, James Matthew Brown, APLC and hereby stipulate as follows.

The government has provided discovery without the necessity discovery motions. Additional discovery is warranted and will require the filing of discovery motions. It is also the parties intention to file the attached discovery motions so as to toll the speedy trial act and allow the parties to proceed with plea negotiations and ultimately enter a plea before the Magistrate Judge. The parties intend on meeting to facilitate that process and

1  to satisfy the requirements of the United States Sentencing
2  Guidelines.
3      As such the parties stipulate to the filing of the attached
4  Motion For Discovery/Preserve Evidence and Leave to File Additional
5  Motions.
6      The matter is presently set for motion hearing/trial setting
7  on July 14, 2008 at 2:00 p.m. before the Honorable Roger T. Benitez,
8  United States District Court Judge.
9      The parties further stipulate to continue said hearing to
10 August 11, 2008 at 2:00 p.m. (Or to a date most convenient to this
11 court) for the following reasons.
12     The parties are in the process of meeting for purposes of
13 complying with the guidelines attendant to USSG Section 5K. In
14 addition the parties have been working towards resolution of the
15 case and anticipate a plea before the Magistrate Judge.
16     Also of importance and a significant reason for the continuance
17 request is the marriage of Ms. Caldito and attendant honeymoon
18 associated therewith.
19 / / / / /
20 / / / / /
21 / / / / /
22 / / / / /
23 / / / / /
24 / / / / /
25 / / / / /
26 / / / / /
27 / / / / /
28

1  Therefore, the parties stipulate the above discovery motion
2  trial setting hearing date should be continued from July 14, 2008
3  at 2:00 p.m. to August 11, 2008 at 2:00 p.m. before the Honorable
4  Judge Roger T. Benitez and the attached Motion for
5  Discovery/Preserve Evidence and Leave to File Additional Motions be
6  filed for the reasons described.
7  IT IS SO STIPULATED.
8  DATED: July 7, 2008          LAW OFFICES OF JAMES MATTHEW BROWN, APLC

              By:  S/James Matthew Brown
                   James Matthew Brown, APLC
                   Attorney for Defendant

DATED: July 7, 2008          UNITED STATES ATTORNEY

              By:  S/Luella Caldito Mendoza
                   Luella Caldito Mendoza, Esq.
                   Attorney for Plaintiff

|  |  |
|---|---|
| 1 | Re:    USA v. RICARD DE DIOS-RAMOS |
| 2 | Criminal Case No.:   08CR1630-BEN |

**PROOF OF SERVICE BY E-FILE**

**STATE OF CALIFORNIA COUNTY OF SAN DIEGO**

I am employed in San Diego, California; I am over the age of eighteen years and am not a party to this action; my business address is 2044 First Avenue, Suite 200, San Diego, CA 92101.

On **July 7, 2008**, I served the following document(s) described as:

**STIPULATION TO FILE DISCOVERY MOTIONS AND FOR CONTINUANCE OF MOTION HEARING**

action by e-file service:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Matthew Brown**
  jim@brownlawaplc.com

- **Luella Mendoza Caldito**
  Luella.Caldito@usdoj.gov,Diana.Ortiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

- **Ned Lynch**
  nedlynch@aol.com

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ James Matthew Brown